# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

| | |
|---|---|
| MCDONALD CONYERS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 4:11-CV-37-D** |
| *Commissioner of the Social* ) | |
| *Security Administration,* ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Objections to the Memorandum and Recommendations [D.E. 47] are OVERRULED and the Court adopts the Memorandum and Recommendations [D.E. 46]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 38] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 43] is DENIED, and the case is REMANDED to the Commissioner for further proceedings consistent with the Memorandum and Recommendations and this Order.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 10, 2012,** WITH A COPY TO:

Elizabeth F. Lunn (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| August 10, 2012 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |